IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| vs. | : | CRIMINAL NO. 11-0151-KD |
| DALE GILBERT TANNER, JOHNNY BLAKE CLANTON, JOEL CHARLES ANTHENAT, CRYSTLE ANN ENOCHS, LOVERNE BOLLWAGE BLACKLEDGE, and THERESA LYNEL SPENCER, | : | |

## ORDER

By order entered on July 14, 2011, the undersigned continued the trial of this matter to a date to be determined in the future once the parties had agreed upon the appropriate criminal term to try the case, as well as appropriate dates for completion of discovery. (*See* Doc. 186, at 2 & 3-5.) All of the hereinabove-named defendants, save Blackledge, have filed a joint motion to enter scheduling order to which the Government does not oppose. (Doc. 189.) Based on this joint motion, the trial of this matter is **CONTINUED** to the October, 2011 criminal trial term. The Clerk of Court is **DIRECTED** to refer this matter to the appropriate Magistrate Judge for scheduling a new pretrial conference.

In addition to the foregoing, the parties shall abide by the following schedule: (1) Rule 12(b)(3)(C) motions to suppress are to be raised not later than **September 6, 2011**,

with all other Rule 12(b) motions to be raised not later than **September 19, 2011**; (2) Rule 6, 7, 14, and 16 motions are to be raised not later than **September 19, 2011**; (3) Rule 16(a)(1)(G) disclosure of expert witnesses by the Government is to be made not later than **September 6, 2011,** while the defendants' disclosure of expert witnesses, pursuant to Fed.R.Crim.P. 16(b)(1)(C), is to be accomplished not later than **October 3, 2011**, the date set aside in October for criminal jury selection; and (4) general reciprocal discovery by the defendants is to be made not later than **October 3, 2011**.

**DONE** and **ORDERED** this the 21st day of July, 2011.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**